FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 367 |
| | ) | Title 18, United States Code, Sections 922(g)(1) and (a)(8) |
| CRAIG ROBERSON, | ) | |
| Defendant. | ) | JUDGE CALABRESE |

COUNT 1
(Felon in Possession of a Firearm and/or Ammunition, 18 U.S.C. §§ 922(g)(1), and (a)(8))

The Grand Jury charges:

1. On or about March 8, 2026, in the Northern District of Ohio, Eastern Division, Defendant CRAIG ROBERSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about August 28, 2012, in Case Number 11CR083156, in the Lorain County Common Pleas Court; Aggravated Riot, on or about February 21, 2018, in Case Number 17CR096193, in the Lorain County Common Pleas Court; Assault, on or about July 21, 2021, in Case Number 20CR103299, in the Lorain County Common Pleas Court; and Felonious Assault, on or about July 14, 2021, in Case Number 20CR102746, in the Lorain County Common Pleas Court, did knowingly possess a firearm in and affecting interstate commerce, to wit: a Glock, Model 19, 9mm pistol bearing serial number bearing BPUZ843, in violation of Title 18, United States Code, Sections 922(g)(1), and (a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant CRAIG ROBERSON shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offense charged herein; including, but not limited to, the following: a Glock, Model 19, 9mm pistol bearing serial number bearing BPUZ843.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.